Viola Newman v. Leroy Newman, et al Civil No.: 01-797 (MJD/JGL)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re:

Viola L. Newman,

Plaintiff,

vs.

Leroy K. Newman and United States of America, acting through the Farm Service Agency, an Agency of the United States Department of Agriculture ("FSA"),

Defendants.

**ORDER OF DISMISSAL**

The above-entitled matter came on pursuant to the written Stipulation for Dismissal with Prejudice between the Plaintiff and the United States of America. In addition, the Plaintiff has filed a Motion to Dismiss pursuant to Rule 41A and the Court finds that no answer has been served or filed on behalf of Leroy K. Neuman. Based upon the files, records and proceedings herein, the above-entitled matter is dismissed with prejudice with each side to bear their costs and attorney's fees.

Dated this 17 day of September, 2001.

Michael J. Davis

Judge of District Court

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK